**ORIGINAL**

**FILED**

05/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0271

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0271

---

BRAD RAE RICHARDSON,

      Petitioner and Appellant,

    v.

STATE OF MONTANA,

      Respondent and Appellee.

---

**O R D E R**

**FILED**

MAY 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on May 22, 2024, this Court has determined that the brief does not comply with the Rules and must be resubmitted. The Appellant's opening brief is premature, because under M. R. App. P. 13(1), an appellant shall file the opening brief within 30 days after the date on which the record is filed. Under M. R. App. P. 9, the record is deemed transmitted once the District Court record and any necessary transcripts are filed with the Clerk of this Court. Because the record has not been transmitted from the District Court, the time for briefing has not yet begun.

Therefore,

    IT IS ORDERED that the Appellant's opening brief is rejected;

    IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

    IT IS FURTHER ORDERED that the Appellant's opening brief is due within 30 days after the date on which the record is filed and the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised opening brief.

    The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 23rd day of May, 2024.

For the Court,

By _____

Justice